# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LESTER E. BRIGGS,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**WEINSTEIN & RILEY, P.S., P.C.,** )<br>)<br>**Defendant.** ) | Case No. 16-CV-688-SMY-RJD |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 21, 2016 (Doc. 30), Plaintiff's claims against Weinstein & Riley, P.S., P.C. are **DISMISSED with prejudice**.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  December 21, 2016**

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**   **s/ Staci M. Yandle**
  **STACI M. YANDLE**
  **DISTRICT JUDGE**